**B9A(Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)     Case Number **14–81220**

# UNITED STATES BANKRUPTCY COURT
## Central District of Illinois

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 7/3/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
John A Whittles Jr.
5016 Pfeiffer Rd.
Peoria, IL 61607

| Case Number:<br>14–81220 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other Nos.:<br>xxx–xx–8900 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Dick B Williams<br>139 E Washington St<br>East Peoria, IL 61611<br>Telephone number: (309) 694–3196 | Bankruptcy Trustee (name and address):<br>Gary T Rafool<br>411 Hamilton Blvd #1600<br>Peoria, IL 61602<br>Telephone number: 309–673–5535 |

## Meeting of Creditors
Date: **August 20, 2014**            Time: **10:00 AM**
Location: **Becker Building, Room 1105, 401 Main St, Peoria, IL 61602**

*DEBTOR IDENTIFICATION REQUIRED AT §341 MEETING.* All debtors must bring two forms of identification: (1) a government issued photo I.D. (e.g. driver's license, passport); and (2) proof of debtor's social security number. A driver's license does NOT qualify as proof of social security number. Cellular telephones are strictly prohibited and cannot be brought inside the building.

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

## Deadlines:
Filings must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 10/19/14**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors or within 30 days of any amendment to the list or supplemental schedules, unless as otherwise provided under Bankruptcy Rule 1019(2)(B) for converted cases.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>216 Federal Building<br>100 N.E. Monroe St.<br>Peoria, IL 61602–1003 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Khadijia V. Thomas |
|---|---|
| Date: 7/3/14 | |

**EXPLANATIONS**  B9A (Official Form 9A)(12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | You may inspect all filings, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office at the address listed on the front side of this form. Go to *www.ilcb.uscourts.gov* for general court information, including this court's *mandatory* electronic filing policy. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

United States Bankruptcy Court
Central District of Illinois

In re:                                                               Case No. 14-81220-tlp
John A Whittles, Jr.                                                 Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0753-1        User: pkei              Page 1 of 1              Date Rcvd: Jul 03, 2014
                            Form ID: b9a            Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 05, 2014.
db          +John A Whittles, Jr.,    5016 Pfeiffer Rd.,    Peoria, IL 61607-2614
tr          +Gary T Rafool,    411 Hamilton Blvd #1600,    Peoria, IL 61602-1198
6340939     +Accord Creditor Services,    Po Box 10002,    Newnan, GA 30271-0002
6340941     +Mbs,    508 E Pearl,    Tremont, IL 61568-8632
6340942     +Pekin Hospital,    Po Box 5995,    Peoria, IL 61601-5995
6340943     +Pekin Prohealth,    PO Box 1209,    Pekin, IL 61555-1209
6340944     +Willie Jennincs,    c/o Shay, Kepple, Phillips,    456 Fulton, Suite 255,    Peoria, IL 61602-1220

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: dwilliams9172@yahoo.com Jul 03 2014 19:27:12     Dick B Williams,
               139 E Washington St,    East Peoria, IL  61611
ust         +E-mail/Text: ustpregion10.pe.ecf@usdoj.gov Jul 03 2014 19:27:30     U.S. Trustee,
               Office Of Nancy J. Gargula U.S. Trustee,    401 Main St #1100,    Peoria, IL 61602-1241
                                                                                               TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
6340940       Berry Company
                                                                                               TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2014                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 3, 2014 at the address(es) listed below:
          Dick B Williams    on behalf of Debtor John A Whittles, Jr. dwilliams9172@yahoo.com,
           richard@wwtlawoffice.com
          Gary T Rafool    rafooltr@mtco.com, IL30@ecfcbis.com
          U.S. Trustee    USTPRegion10.PE.ECF@usdoj.gov
                                                                                               TOTAL: 3